1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ELSINA L. KILPATRICK,

11              Plaintiff,                     No. CIV 12-148 LKK EFB PS

12       vs.

13   INTERCOAST COLLEGE;
     CHARLIE BREUM,

14
              Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16        This action, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, is

17   before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28

18   U.S.C. § 636(b)(1).  On February 24, 2012, the court dismissed plaintiff's complaint for failure

19   to state a claim pursuant to 28 U.S.C. § 1915(e)(2).  Dckt. No. 3.  The dismissal order explained

20   the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting

21   those deficiencies, and warned plaintiff that failure to file an amended complaint would result in

22   a recommendation that this action be dismissed.

23        The 30-day period has expired and plaintiff has not filed an amended complaint or

24   otherwise responded to the court's order.

25   ////

26   ////

1

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed without

2  prejudice, and that the Clerk be directed to close this case.  Fed. R. Civ. P. 41(b); L.R. 110.

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  April 6, 2012.

11  _____

12       EDMUND F. BRENNAN
         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26